UNITED STATES DISTRICT COURT

FOR THE DISDRICT OF NEW MEXICO

JASON R. WHITE,

    Plaintiff,

v.                                            CIV 12-0988 KBM/WDS

CITY OF ALBUQUERQUE, ALBUQUERQUE
POLICE OFFICER J. McRAE, in his official
and individual capccity, ROBERT METZGER,
J. RICHARDS and JOHN DOE,

    Defendants.

### ORDER FOR PERSONAL SERVICE OF PROCESS

THIS MATTER is before the Court *sua sponte* pursuant to 28 U.S.C. § 1915(d) and rule 4(c), (d) of the Federal Rules of Civil Procedure. Notice and waiver of service forms were issued for Defendants McRae, Metzger and Richards, but none of these Defendants has filed a waiver. It thus appears to the Court that personal service of the summons and complaint on the individual Defendants is required in this matter. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Under rule 4(d)(2), the Court must impose costs of service on a Defendant who, without good cause, does not comply with a request to waive service.

IT IS THEREFORE ORDERED that summons shall be issued and the U.S. Marshal shall serve the summons and complaint personally on Defendants McRae, Metzger and Richards as directed by the Clerk.  The service of the summons and complaint shall be at no cost to the Plaintiff.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE