UNITED STATES DISTRICT COURT

FOR THE DISDRICT OF NEW MEXICO

JASON R. WHITE,

    Plaintiff,

v.     CIV 12-0988 KBM/WDS

CITY OF ALBUQUERQUE, ALBUQUERQUE
POLICE OFFICER J. McRAE, in his official
and individual capacity, ROBERT METZGER,
J. RICHARDS and JOHN DOE,

    Defendants.

**AMENDED ORDER FOR PERSONAL SERVICE OF PROCESS**

    THIS MATTER is before the Court *sua sponte* pursuant to 28 U.S.C. § 1915(d) and rule 4(c), (d) of the Federal Rules of Civil Procedure. Notice and waiver of service forms were issued for Defendants McRae, Metzger and Richards, but none of these Defendants had filed a waiver as of February 11, 2013. Therefore, today the Court entered and Order requiring personal service of the summons and complaint on the individual Defendants. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Since entry of that Order, however, two of the individuals have filed waivers of personal service and answers to the complaint.

    IT IS THEREFORE ORDERED that summons shall be issued and the U.S. Marshal shall serve the summons and complaint personally only as to Defendant Metzger as directed by the Clerk. The service of the summons and complaint shall be at no cost to the Plaintiff.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE