IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON R. WHITE,

    Plaintiff,

vs.                                  CIV 12-00988 MV/KBM

CITY OF ALBUQUERQUE, *et al.*,

    Defendants.

### ORDER ON PLAINTIFF'S REQUEST
### REGARDING DISCLOSURE OF PERSONAL INFORMATION

**THIS MATTER** comes before the Court on Plaintiff's request to have Defendants refrain from disclosing his personal information (*Doc. 79*) ("Motion"), filed February 4, 2014 to which Defendants filed their response on February 10, 2014 (*Doc. 80*).  Plaintiff did not file a reply. In his Motion, Plaintiff contends that the Defendants' efforts to conceal his personal information, such as his birth date and social security number, in their January 23, 2014 filing have been somewhat ineffective and asks that they refrain from revealing his personal information. Defendants point out that Plaintiff has filed documents that clearly divulge his personal information, including his birthdate and social security number, and that they have complied with their obligations under Fed. R. Civ. P. 5.2.  Nonetheless, Defendants agree to take steps to insure that Plaintiff's personal information is only viewable and accessible to the parties.  Given this assurance, the Court finds the motion to be moot.

    **IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE